**Order entered November 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00799-CV

## IN RE KAJIN SHAMDEEN, Relator

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02757-2019**

## ORDER

Before Justices Osborne, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    AMANDA L. REICHEK
       JUSTICE